NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**
*Appellants*

**v.**

**STATON TECHIYA, LLC,**
*Appellee*

———————————

2023-2295

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00302.

--------------------------------------------------

**In Re STATON TECHIYA, LLC,**
*Appellant*

———————————

2023-2335

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00302.

———————————

2    SAMSUNG ELECTRONICS CO., LTD. v. STATON TECHIYA, LLC

**O R D E R**

Upon consideration of the notice of non-participation filed by Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") in these appeals from the Patent Trial and Appeal Board, ECF No. 35, and the parties' joint stipulation of voluntary dismissal of Samsung's appeal, Appeal No. 2023-2295, pursuant to Federal Rule of Appellate Procedure 42(b), ECF No. 34,

IT IS ORDERED THAT:

(1)  Appeal No. 2023-2295 is dismissed.  The revised official caption for the remaining appeal, Appeal No. 2023-2335, is reflected in this order.

(2)  Each side shall bear its own costs as to Appeal No. 2023-2295.

(3)  The previously-filed briefs and appendix will not be transmitted to the merits panel assigned to Appeal No. 2023-2335.

(4)  Within 14 days of the date of entry of this order, Staton Techiya, LLC is directed to submit a corrected brief in Appeal No. 2023-2335 that shall be revised only to the extent that it reflects the revised caption and omits those portions of its original brief (ECF No. 19) addressing Samsung's arguments.

(5)  The United States Patent and Trademark Office (PTO) is directed to inform this court within 30 days of the date of entry of this order whether the PTO will participate in Appeal No. 2023-2335.

(6)  If the PTO elects to participate as intervenor, its docketing statement is due within 14 days after its notice of election to intervene, and its brief is due within 40 days after its notice of election to intervene.  Staton Techiya will have 21 days after the filing of the PTO's brief to file a replacement reply brief and seven days thereafter to file a replacement joint appendix.

SAMSUNG ELECTRONICS CO., LTD. v. STATON TECHIYA, LLC        3

(7) If the PTO elects not to intervene, Staton Techiya is directed to file a replacement appendix, containing only the material cited in its corrected brief, within seven days of the PTO's election.

(8) The Clerk of Court shall transmit a copy of this order to the merits panel assigned to Appeal No. 2023-2335.

FOR THE COURT

January 29, 2025
    Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE (as to 2023-2295 only): January 29, 2025

cc: United States Patent and Trademark Office